[No. 8480-5-II. Division Two. April 20, 1987.]

JAMES JOHNSON, *Appellant*, v. THE CITY OF BREMERTON, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 83-2-01099-5, James I. Maddock, J., entered January 16, 1985. *Reversed* by unpublished opinion per Foscue, J. Pro Tem., concurred in by Goodloe and Velie, JJ. Pro Tem.

[No. 7596-6-III. Division Three. March 12, 1987.]

RON ANDERSON, *Appellant*, v. BILL HARRIS, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 85-2-03583-1, James M. Murphy, J., entered January 3, 1986. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Munson and Thompson, JJ.

[No. 7323-8-III. Division Three. April 2, 1987.]

WILLIAM P. LYNCH, *Respondent*, v. THE DENTAL DISCIPLINARY BOARD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 84-2-00043-5, Harold D. Clarke, J., entered August 5, 1985. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Munson, J., Green, J., dissenting.